IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| JINDAL POLY FILMS LIMITED, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) Case No. 24-00053 |
| Defendant, | ) |
| and | ) |
| DUPONT TEIJIN FILMS, MITSUBISHI CHEMICAL AMERICA, INC. – POLYESTER FILM DIVISION, AND SK MICROWORKS AMERICA, INC., | ) |
| Defendant-Intervenors. | ) |

JOINT STIPULATION FOR ENTRY OF JUDGMENT

Jindal Poly Films Limited and the United States[1] inform the Court that they have reached a settlement of the claims in this case.

Pursuant to the terms of the settlement, the Department of Commerce (Commerce) has agreed that (1) within 10 days of entry of judgment in accordance with this Joint Stipulation For Entry Of Judgment, Commerce shall issue for publication in the *Federal Register* amended final result of the administrative review (*Polyethylene Terephthalate Film, Sheet, and Strip from*

---

[1] Defendant-Intervenors Dupont Teijin Films, Mitsubishi Chemical America, Inc. – Polyester FilmDivision, and Sk Microworks America, Inc. are fully aware of the terms of this settlement and do not object.  However, Dupont Teijin Films, Mitsubishi Chemical America, Inc. – Polyester FilmDivision and SK Microworks America, Inc. are not parties to the settlement.

*India: Final Results of Countervailing Duty Administrative Review; 2021*, 89 Fed. Reg. 5,490 (Dep't of Commerce January 29, 2024), setting the countervailing duty rate for all shipments of subject merchandise produced and exported by Jindal that were entered, or withdrawn from warehouse, for consumption during the period January 1, 2021 through May 16, 2021 at 10.51%, and setting at 11.67% the countervailing duty rate for all shipments of subject merchandise produced and exported by Jindal that were entered, or withdrawn from warehouse, for consumption during the periods May 17, 2021 through December 31, 2021.  Within 15 days following the *Federal Register* publication of Commerce's amended final results of the administrative review, and in accordance with the amended final results of the administrative review, Commerce will issue liquidation instructions to United States Customs and Border Protection (CBP) in the form that has been agreed upon by Commerce and Jindal pursuant to the terms of the settlement agreement.

    Accordingly, Jindal and the United States respectfully request that the Court enter judgment pursuant to the terms set forth in the attached proposed Order Of Judgment By Stipulation.

                                         Respectfully submitted,

                                         /s/ Irene Huei-Min Chen
                                         IRENE HUEI-MIN CHEN
                                         VCL Law LLP
                                         1945 Old Gallows Road
                                         Suite 260
                                         Vienna, VA 22182
                                         Email: ichen@vcllegal.com

                                         MARK BURTON LEHNARDT
                                         Davis & Leiman PLLC
                                         1025 Connecticut Avenue
                                         Suite 1012
                                         Washington, DC 20036
                                         Email: mlehnardt@dltrade.com

*Attorneys for Plaintiff Jinal Poly Films Limited*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

FRANKLIN E. WHITE, JR.
Assistant Director

<u>/s/ Tate N. Walker</u>
TATE N. WALKER
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0163
Email: Tate.Walker@usdoj.gov

*Attorneys for Defendant*

January 29, 2026

## **ATTACHMENT A**

## THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| JINDAL POLY FILMS LIMITED, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) Case No. 24-00053 |
| Defendant, | ) |
| and | ) |
| DUPONT TEIJIN FILMS, MITSUBISHI CHEMICAL AMERICA, INC. – POLYESTER FILM DIVISION, AND SK MICROWORKS AMERICA, INC., | ) |
| Defendant-Intervenors. | ) |

## ORDER OF JUDGMENT BY STIPULATION

In view of the stipulation indicating that this case has been settled, IT IS HEREBY ORDERED that:

1. All claims raised in Case No. 24-00053 are dismissed with prejudice;

2. The statutory injunction in Case No. 24-00053 is dissolved;

3. Each party shall bear its own costs, expenses, and attorney fees; and

4. The Clerk of the Court shall enter judgment accordingly.

                                                                             2

_____  
                            CHIEF JUDGE

_____, 2026  
  New York, NY