# THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| JINDAL POLY FILMS LIMITED,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant,<br><br>and<br><br>DUPONT TEIJIN FILMS, MITSUBISHI CHEMICAL AMERICA, INC. – POLYESTER FILM DIVISION, AND SK MICROWORKS AMERICA, INC.,<br><br>　　　　　　Defendant-Intervenors. | Case No. 24-00053 |

## ORDER OF JUDGMENT BY STIPULATION

In view of the stipulation indicating that this case has been settled, IT IS HEREBY ORDERED that:

1. All claims raised in Case No. 24-00053 are dismissed with prejudice;

2. The statutory injunction in Case No. 24-00053 is dissolved;

3. Each party shall bear its own costs, expenses, and attorney fees; and

4. The Clerk of the Court shall enter judgment accordingly.

\_\_January 29\_\_, 2026　　　　　　　　　　　／s／ Mark A. Barnett
New York, NY　　　　　　　　　　　　　　　CHIEF JUDGE